

NUMBER 13-13-00636-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### EX PARTE DIANA CAMPOS

**On appeal from the 197th District Court
of Cameron County, Texas.**

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Benavides
Memorandum Opinion Per Curiam**

Appellant filed an appeal from a judgment entered by the 197th District Court of Cameron County, Texas, in cause number 2013-DCL-5497-C. Appellant has filed a motion to dismiss the appeal without prejudice on grounds she no longer wishes to pursue the appeal. A certificate of conference was requested but not filed. More than ten days has passed since the filing of the motion and no response has been filed by appellee.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See*

TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. There being no agreement in the motion regarding costs, pursuant to Rule 42.1(d) of the Texas Rules of Appellate Procedure, all costs are taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
17th day of July, 2014.